

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANA MARGARITA FUSHILLE ABRAHAM, MARGARET ABRAHAM, and THE TAP LOUNGE, LLC, | § | No. 08-23-00152-CV |
| | § | Appeal from the |
| Appellants, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| RITA HERNANDEZ, CHARLENE SOULE, SOULE CORPORATION, INC., and 408 ESPITA, LLC, | § | Cause No. 2019DCV0403 |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We dismiss Margaret Abraham's appeal for lack of jurisdiction. We dismiss The Tap Lounge, LLC's appeal due to want of prosecution. Otherwise, we affirm the trial court's judgment. We further order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.